UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

TYJUAN GEE,

        Plaintiff,            Case No. 2:25-cv-119

v.                                   Honorable Phillip J. Green

ALGER CORRECTIONAL FACILITY,
et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   July 8, 2025                       /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge